IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHUBRINA A. PAYNE, | ) |
| Plaintiff, | ) CASE NO. 3:10-0025 |
| v. | ) JUDGE HAYNES |
| JERMAINE GANT, Individually, *et al.*, | ) |
| Defendants. | ) |

### O R D E R

Upon the Plaintiff's notice of dismissal (Docket Entry No. 14) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED without prejudice**. Each party shall bear its own costs.

It is so **ORDERED**.

**ENTERED** this the 5th day of April, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge